IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COREY LEE WILLIAMS, #176 424, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:08cv835-TMH |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #26) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #26) of the Magistrate Judge is ADOPTED. Petitioner's Motion to Dismiss Habeas Corpus Petition (Doc. #25) is GRANTED. The petition pursuant to 28 U.S.C. § 2254 is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all available state court remedies.

An appropriate judgment will be entered.

Done this 26th day of February, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE